# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3147

Richard Gottlieb v. Cincinnati Insurance Co, et al

(W.D. Pa. No.: 2:20-cv-01266)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 10, 2025
CJG/cc:   Trisha A. Gill, Esq.
          Kelly K. Iverson, Esq.
          Daniel G. Litchfield, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate